# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

August 4, 2021

Lyle W. Cayce
Clerk

No. 20-61199

FELICIA PARKS,

*Plaintiff—Appellee*,

*versus*

Deputy Christopher Dean, Individually and in his Official Capacity; Deputy Dustin Wadford, Individually and in his Official Capacity; Deputy Simon Stubblefield, Individually and in his Official Capacity,

*Defendants—Appellants*.

---

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:19-CV-632

---

Before Jones, Southwick, and Engelhardt, *Circuit Judges*.

Per Curiam:*

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 20-61199

The court has carefully reviewed this appeal in light of the briefs, oral argument, and record.  Having done so, we find no reversible error of fact or law and affirm for essentially the reasons stated by the district court.

AFFIRMED.